NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**RKW KLERKS INC.,**
*Plaintiff-Appellant*

v.

**UNITED STATES,**
*Defendant-Appellee*

2023-1210

Appeal from the United States Court of International Trade in No. 1:20-cv-00001-MAB, Chief Judge Mark A. Barnett.

**ON MOTION**

Before STOLL, *Circuit Judge*.

**O R D E R**

The United States moves unopposed for the United States Court of International Trade to transmit to this court certain physical exhibits filed at that court in the underlying case. Physical Exhibits 2–3 to Defendant-Appellant's Cross Motion for Summary Judgment of May 11, 2022 (ECF Nos. 33–34).

The United States informs the court that these physical exhibits are samples of the merchandise at issue in this case and that transfer to this court will permit the parties to refer to the samples in their briefs and during oral argument.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is deferred to the merits panel assigned to this case.  The Clerk of Court shall transmit a copy of that motion (ECF No. 32) and a copy of this order to the merits panel.

FOR THE COURT

May 8, 2023
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court