# United States Court of Appeals for the Federal Circuit

---

**RKW KLERKS INC.,**
*Plaintiff-Appellant*

v.

**UNITED STATES,**
*Defendant-Appellee*

---

2023-1210

---

Appeal from the United States Court of International Trade in No. 1:20-cv-00001-MAB, Chief Judge Mark A. Barnett.

---

**MANDATE**

---

In accordance with the judgment of this Court, entered March 7, 2024, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

Costs are awarded to appellee United States in the amount of $41.28 and taxed against the appellant.

FOR THE COURT

April 29, 2024
Date

Jarrett B. Perlow
Clerk of Court